IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-209-KS

| | |
|---|---|
| CHRISTY KENNON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

On May 15, 2019, Defendant filed a motion requesting permission to appear via telephone for oral arguments on June 5, 2019. The court having been advised that counsel for Defendant has since secured equipment to appear by video teleconference, it is hereby ORDERED that Defendant shall be permitted to appear by video teleconference at the oral argument hearing scheduled for June 5, 2019, at 1:00 p.m. At least seven (7) days before the scheduled hearing, counsel for Defendant shall submit to the court a VTC Request Form, which can be obtained from the court's website at http://www.nced.uscourts.gov/attorney/crtech.aspx.

This 22nd day of May 2019.

_____
KIMBERLY A. SWANK
United States Magistrate Judge