UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| CHRISTY KENNON, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| ANDREW SAUL, | ) | |
| *Commissioner of Social Security,* | ) | Case No. 5:18-CV-209-KS |
| Defendant. | ) | |
| | ) | |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the parties' cross motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** the Plaintiff's Motion for Judgment on the Pleadings [DE-36] is GRANTED, Defendant's Motion for Judgment on the Pleadings [DE-40] is DENIED and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration.

This judgment filed and entered on September 10, 2019, with electronic service upon:

Charlotte Hall, *Counsel for Plaintiff*
Amanda Gilman, *Counsel for Defendant*

                                      **PETER A. MOORE, JR.**
                                      CLERK, U.S. DISTRICT COURT

DATE: SEPTEMBER 10, 2019        /s/ *Shelia Foell*
                                      (By): Shelia Foell, Deputy Clerk