IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-cv-209-KS

CHRISTY KENNON, )
)
         Plaintiff, )
)
v. )
) **ORDER**
ANDREW SAUL, )
Commissioner of Social Security, )
)
         Defendant. )

This action being submitted to the Court for an Order upon Plaintiff's showing that the Commissioner of Social Security should pay the sum of $11,248.25 for attorney fees, representing less than 25% of Plaintiff's accrued back benefits, to be paid from Plaintiff's back benefits pursuant to § 406(b) of the Social Security Act. It also appearing that upon receipt of the 406(b) fee, Plaintiff's counsel shall pay to Plaintiff the lesser EAJA fee of $6,400.00.

It is therefore ORDERED that the Commissioner of Social Security pay to Plaintiff's counsel, Charlotte W. Hall, the sum of $11,248.25, sent to her office at P.O. Box 58129, Raleigh, North Carolina 27658, and that Plaintiff's counsel pay to Plaintiff the sum of $6,400.00 and upon the payment of such sums, this case is dismissed with prejudice.

This 15th day of December 2020.

                                                          KIMBERLY A. SWANK
                                                          United States Magistrate Judge